# UNITED STATES DISTRICT COURT
for the

Western District of Virginia

CLERK'S OFFICE U.S. DIST. COURT
AT LYNCHBURG, VA
FILED for Danville
MAR 12 2008

JOHN F. CORCORAN, CLERK
BY: Fay Coleman
DEPUTY CLERK

| | |
|---|---|
| United States of America | ) |
| v. | ) |
| Gerald Lewis Flood | ) Case No: 4:01CR70059-001 |
| | ) USM No: 09260-084 |
| Date of Previous Judgment: January 8, 2002 | ) |
| (Use Date of Last Amended Judgment if Applicable) | ) Defendant's Attorney |

### Order Regarding Motion for Sentence Reduction Pursuant to 18 U.S.C. § 3582(c)(2)

Upon motion of ☐ the defendant ☐ the Director of the Bureau of Prisons ☒ the court under 18 U.S.C. § 3582(c)(2) for a reduction in the term of imprisonment imposed based on a guideline sentencing range that has subsequently been lowered and made retroactive by the United States Sentencing Commission pursuant to 28 U.S.C. § 994(u), and having considered such motion,

**IT IS ORDERED** that the motion is:
  ☐ DENIED. ☒ GRANTED and the defendant's previously imposed sentence of imprisonment (as reflected in the last judgment issued) of ____92____ months **is reduced to** ____Time Served____.

### I. COURT DETERMINATION OF GUIDELINE RANGE (Prior to Any Departures)

Previous Offense Level: __29__          Amended Offense Level: __27__
Criminal History Category: __I__          Criminal History Category: __I__
Previous Guideline Range: __87__ to __108__ months     Amended Guideline Range: __70__ to __87__ months

### II. SENTENCE RELATIVE TO AMENDED GUIDELINE RANGE
☒ The reduced sentence is within the amended guideline range.
☐ The previous term of imprisonment imposed was less than the guideline range applicable to the defendant at the time of sentencing as a result of a departure or Rule 35 reduction, and the reduced sentence is comparably less than the amended guideline range.
☐ Other (explain):

### III. ADDITIONAL COMMENTS
The Government has objected to a reduction based on aspects of Defendant's pre- and post-sentencing conduct. Finding that the pre-sentencing conduct is adequately accounted for under the amended guideline range and that the post-sentencing conduct is adequately addressed by Bureau of Prisons procedures, and upon consideration of the factors set forth in 18 U.S.C. § 3553(a) and U.S.S.G. § 1B1.10, the Government's objections are overruled and Defendant's sentence is reduced as provided above.

Except as provided above, all provisions of the judgment dated ___1/8/2002___ shall remain in effect.
**IT IS SO ORDERED.**

Order Date: March 12, 2008

Judge's signature

Effective Date: March 22, 2008
(if different from order date)

Norman K. Moon, United States District Judge
Printed name and title